# UNITED STATES DISTRICT COURT
for the
District of Guam

FILED
DISTRICT COURT OF GUAM
NOV 23 2011
JEANNE G. QUINATA
CLERK OF COURT

Arnold Davis, )
_____ )
*Plaintiff* )
v. ) Civil Action No. 11-00035
Guam, et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leonardo M. Rapadas
Attorney General Office
287 W.O'Brien Drive
Hagåtña, Guam 96910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mun Su Park
Law Offices of Mun Su Park
Suite 102, Isla Plaza
388 South Marine Corps Dr.
Tamuning, GU 96913

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 22 2011

Date: _____

CLERK OF COURT

JEANNE G. QUINATA
Clerk of Court

*Signature of Clerk or Deputy Clerk*

ORIGINAL

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leonardo M. Rapadas

was received by me on *(date)* 11/22/11 .

☒ I personally served the summons on the individual at *(place)* Summons, Complaint Office of Attorney General, 287 W. O'Brien Dr. Hagatna, Guam 96910
on *(date)* Nov. 23, 2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 60.00 for travel and $ N/A for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: Nov. 23, 2011

*Server's signature*

Christopher Allen / Special Process Server
*Printed name and title*

PNB 386, 1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913 (671) 678-4130
*Server's address*

Additional information regarding attempted service, etc:



RECEIVED NOV 23 2011 12:45 Office of the Attorney General of Guam Civil/Solicitor Division

2:25pm