MUN SU PARK
LAW OFFICES OF PARK AND ASSOCIATES
415 Chalan San Antonio Road
Baltej Pavilion BLD. #205
Tamuning, Guam 96913
Tel:	(671) 647-1200
Fax:	(671) 647-1211
lawyerpark@hotmail.com

J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel:	(703) 963-8611
adams@electionlawcenter.com

MICHAEL E. ROSMAN
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036
Tel:	(202) 833-8400
Fax:	(202) 833-8410
Rosman@cir-usa.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| Arnold Davis, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | | Civil Case No.: 11-00035 |
| | : | |
| v. | | MOTION FOR SUMMARY |
| Guam, Guam Election Commission, et al., | | JUDGMENT PURSUANT |
| | : | TO FED. R. CIV. P. 56(a) |
| Defendants. | : | |

------------------------------------------------------------------------x

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Arnold Davis, and files this Motion for Summary Judgment. Mr. Davis hereby respectfully moves this Court for a judgment pursuant to Rule 56(a) of the

Federal Rules of Civil Procedure, declaring the qualifications for voter eligibility in the Political Status Plebiscite ("the Plebiscite") required by 1 Guam Code Ann. § 2110, *et seq.*, to be in violation of the Fourteenth and Fifteenth Amendments to the United States Constitution, the Voting Rights Act, and the Organic Act, and enjoining the same.

Respectfully submitted,

                                            /s/ J. Christian Adams
                                            J. Christian Adams
                                            Counsel for Plaintiff

Date: October 30, 2015

MUN SU PARK
LAW OFFICES OF PARK AND ASSOCIATES
415 Chalan San Antonio Road
Baltej Pavilion BLD. #205
Tamuning, Guam 96913
Tel:    (671) 647-1200
Fax:    (671) 647-1211
lawyerpark@hotmail.com

J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel:    (703) 963-8611
Fax:    703-740-1773
adams@electionlawcenter.com

MICHAEL E. ROSMAN
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036
Tel:    (202) 833-8400
Fax:    (202) 833-8410
Rosman@cir-usa.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Plaintiff's Motion for Summary Judgment on counsel for the Defendants by filing the same through the Electronic Case Filing System on October 30, 2015, which provides an electronic copy of the same to all counsel of record.

                                                                 /s/ J. Christian Adams
                                                                   J. Christian Adams
                                                                   Counsel for Plaintiff