MUN SU PARK
LAW OFFICES OF PARK AND ASSOCIATES
415 Chalan San Antonio Road
Baltej Pavilion BLD. #205
Tamuning, Guam 96913
Tel: (671) 647-1200
Fax: (671) 647-1211
lawyerpark@hotmail.com

J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel: (703) 963-8611
adams@electionlawcenter.com

MICHAEL E. ROSMAN
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036
Tel: (202) 833-8400
Fax: (202) 833-8410
Rosman@cir-usa.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| Arnold Davis, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | | Civ Case No: 11-00035 |
| | : | |
| v. | | **NOTICE OF INTENT TO APPEAR BY TELEPHONE** |
| | : | |
| Guam, Guam Election Commission, et al. | | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------x

COMES NOW, the Plaintiff, through Counsel, and gives notice that the undersigned counsel intends to participate by telephone for the first pretrial conference scheduled for November 18, 2015.

Respectfully submitted,

By: _____/S/_____
     J. Christian Adams
     Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Notice of Intent to Appear by Telephone on counsel for the Defendants by filing the same through the ECF system November 16, 2015.

_____/S/_____
J. Christian Adams
Counsel for Plaintiff