IN THE DISTRICT COURT OF GUAM
                         TERRITORY OF GUAM
                           CIVIL MINUTES
                             GENERAL

CASE NO.: CV-11-00035                    DATE: November 18, 2015
CAPTION: Davis v. Guam

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio       Electronically Recorded: 9:01 - 9:06
CSO: None Present

---

**APPEARANCES:**

Counsel for Plaintiff(s)                Counsel for Defendant(s)
Christian Adams - telephonic appearance  Kenneth D. Orcutt

---

**PROCEEDINGS: First Preliminary Pretrial Conference**
- Court and parties discussed the status of the case. Parties report that there is no issues at this time.

NOTES: