MUN SU PARK
LAW OFFICES OF PARK AND ASSOCIATES
415 Chalan San Antonio Road
Baltej Pavilion BLD. #205
Tamuning, Guam 96913
Tel:     (671) 647-1200
Fax:    (671) 647-1211
lawyerpark@hotmail.com

J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel:     (703) 963-8611
Fax:    703-740-1773
adams@electionlawcenter.com

MICHAEL E. ROSMAN
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036
Tel:     (202) 833-8400
Fax:    (202) 833-8410
Rosman@cir-usa.org

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

---------------------------------------------------------------------------x

| | |
|---|---|
| Arnold Davis, on behalf of himself and all others similarly situated, | : |
| | : |
| Plaintiff, | Civil Case No: 11-00035 |
| | : |
| v. Guam, Guam Election Commission, et al. | |
| | : |
| Defendants. | : |

---------------------------------------------------------------------------x

### PLAINTIFF'S OBJECTION TO DEFENDANTS' CONCISE STATEMENTS OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to CVLR 56, Plaintiff objects to Defendants' statement of material facts in support

of its Motion for Summary Judgment, as follows:

| **DEFENDANTS' FACT** | **OBJECTION** |
|---|---|
| 10. The purpose of the plebiscite is to ascertain "the desires of "those peoples who were given citizenship in 1950[.]" | The statute may so state. Even if this were a purpose of the statute, it is not the only purpose, and other purposes exist. Moreover, the statute itself also operates to seek the desires of persons who were not given citizenship in 1950. |

Respectfully submitted,

           /s/J. Christian Adams
J. Christian Adams
Counsel for Plaintiff

Date: November 20, 2015

MUN SU PARK
LAW OFFICES OF PARK AND ASSOCIATES
415 Chalan San Antonio Road
Baltej Pavilion BLD. #205
Tamuning, Guam 96913
Tel:     (671) 647-1200
Fax:    (671) 647-1211
lawyerpark@hotmail.com

J. CHRISTIAN ADAMS
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Tel:     (703) 963-8611
Fax:    703-740-1773
adams@electionlawcenter.com

MICHAEL E. ROSMAN
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036

1

Tel: (202) 833-8400
Fax: (202) 833-8410
Rosman@cir-usa.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Objections to Defendants' Concise Statement of Material Facts on counsel for the Defendants by filing the same through the Electronic Case Filing System on November 20, 2015, which provides an electronic copy of the same.

                                                               /s/J. Christian Adams
                                                               J. Christian Adams
                                                               Counsel for Plaintiff