

**Office of the Attorney General**
**Elizabeth Barrett-Anderson**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive
Tamuning, Guam 96913 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamag.org

Attorneys for the Government of Guam

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| ARNOLD DAVIS, on behalf of himself and others similarly situated, | ) ) ) | CIVIL CASE NO. 11-00035 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | DEFENDANT'S CONCISE STATEMENT OF |
| GUAM, GUAM ELECTION COMMISSION, et al, | ) ) ) ) | MATETRIAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY |
| Defendant(s). | ) ) | JUDGMENT |

Pursuant to CVLR 56, Defendant submits his concise statement of material facts in opposition to Movant's Motion for Summary Judgment.

Facts 1 through 27 correspond to the facts and supporting evidence presented in the Movant's Separate Concise Statement of Material Facts. Where appropriate, Defendant has indicated that the facts relied upon by Movant is controverted.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 2; |

Page 1
Defendant's Concise Statement of Material Facts in Opposition to Motion for Summary Judgment
District Court of Guam Case No. 1100035

Case 1:11-cv-00035   Document 113   Filed 11/20/15   Page 1 of 4

|  | (Ex. B) Defendant's Response to Request of Admissions ¶ 2 |
|---|---|
| 2. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 4; (Ex. B) Defendant's Response to Request of Admissions ¶ 1 |
| 3. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 3 |
| 4. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 5; (Ex. C) Plaintiff's Voided Voter Registration Form |
| 5. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 5-6; (Ex. C) Plaintiff's Voided Voter Registration Form |
| 6. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 7 |
| 7. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 8 |
| 8. Undisputed | (Ex. A) Declaration of Arnold Davis ¶ 9 |
| 9. Undisputed | (Ex. B) Defendant's Response to Request of Admissions ¶ 5 |
| 10. Undisputed | (Ex. B) Defendant's Response to Request of Admissions ¶ 3 |
| 11. Undisputed | (Ex. D, D1) 2000 U.S. Decennial Census; 1990 U.S. Decennial Census; 1950 U.S. Decennial Census; Expert Report of Dr. Tom Brunell at 3-4; (Ex. E) 1940 U.S. Decennial Census. |
| 12. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |
| 13. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |
| 14. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |

Page 2
Defendant's Concise Statement of Material Facts in Opposition to Motion for Summary Judgment
District Court of Guam Case No. 1100035

Case 1:11-cv-00035   Document 113   Filed 11/20/15   Page 2 of 4

| | |
|---|---|
| 15. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |
| 16. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |
| 17. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4; 1950 U.S. Decennial Census, Part 54, Page 49. Table 38 |
| 18. Undisputed | (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 4-5 citing Table DP-01, Profile of General Demographic Characteristics for Guam, Comparison 1990 and 2000, Guam Department of Commerce based on United States Census data. |
| 19. Disputed. Item No. 19 is not a fact but rather a conclusory statement. | Movant's Concise Statement No. 19; (Ex. D, D1) Declaration of Dr. Tom Brunell ¶ 2; Expert Report of Dr. Tom Brunell at 5 |
| 20. Undisputed | (Ex. E) 1940 U.S. Decennial Census, Guam, at 2 |
| 21. Disputed. Item No. 21 is not a fact but rather a conclusory statement. | Movant's Concise Statement No. 21; (Ex. F) Legislative History, P.L. 23-130, *passim* |
| 22. Disputed. Item No. 22 is not a fact but rather a conclusory statement. | Movant's Concise Statement No. 22; (Ex. G) Legislative History, P.L. 23-130, *passim* |
| 23. Disputed. Item No. 23 is not a fact but rather a conclusory statement. | Movant's Concise Statement No. 23; (Ex. G) Legislative History, P.L. 23-147; 23d Guam Legislature Committee on Federal and Foreign Affairs, Committee Report on Bill No. 765, Committee Findings, *passim* |
| 24. Disputed. Item No. 24 is not a fact but rather a conclusory statement.. | Movant's Concise Statement No. 24; (Ex. G) Legislative History, P.L. 23-147, *passim* |

Page 3
Defendant's Concise Statement of Material Facts in Opposition to Motion for Summary Judgment
District Court of Guam Case No. 1100035

Case 1:11-cv-00035   Document 113   Filed 11/20/15   Page 3 of 4

| | |
|---|---|
| 25. Disputed. Item No. 25 is not a fact but rather a conclusory statement. | Movant's Concise Statement No. 25; (Ex. H) Legislative History Guam, P.L. 25106 |
| 26. Disputed. Item No. 26 is not a fact but rather a conclusory statement.. | Movant's Concise Statement No. 26; (Ex. I) Legislative History P.L. 31-92, May 20, 2011 Roundtable on Political Status |
| 27. Undisputed | (Ex. B) Defendant's Response to Request for Admissions ¶ 7 |

Dated this 20 day of November, 2015.

OFFICE OF THE ATTORNEY GENERAL
**Elizabeth Barrett-Anderson,** Attorney General

By: _____
**KENNETH D. ORCUTT**
Assistant Attorney General

Page 4
Defendant's Concise Statement of Material Facts in Opposition to Motion for Summary Judgment
District Court of Guam Case No. 1100035

Case 1:11-cv-00035   Document 113   Filed 11/20/15   Page 4 of 4