**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-11-00035  DATE: March 30, 2016
CAPTION: Davis v. Guam

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 9:05-9:24
CSO: None Present

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| J. Christian Adams (telephonically) | Kenneth Orcutt |

**PROCEEDINGS: Second Preliminary Pretrial Conference**
- Parties discussed status of the case.

NOTES:  Plaintiff Arnold Davis also appeared