# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ARNOLD DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM, GUAM ELECTION COMMISSION, ALICE M. TAIJERON, MARTHA C. RUTH, JOSEPH F. MESA, JOHNNY P. TAITANO, JOSHUA F. RENORIO, DONALD I. WEAKLEY, and LEONARDO M. RAPADAS,<br><br>Defendants. | CIVIL CASE NO. 11-00035<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of Plaintiff and against the Defendants in accordance with the Decision and Order (ECF 149) filed on March 8, 2017.

Dated: 8 March 2017 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quinata**